```
 1  ROBERT J. YORIO (CA Bar No. 93178)
    yorio@carrferrell.com
 2  COLBY B. SPRINGER (CA Bar No. 214868)
    cspringer@carrferrell.com
 3  JAMES W. LUCEY (CA Bar No. 160808)
    jlucey@carrferrell.com
 4  CARR & FERRELL *LLP*
    120 Constitution Drive
 5  Menlo Park, CA 94025
    Telephone: (650) 812-3400
 6  Facsimile:  (650) 812-3444

 7  STEVEN MCMAHON ZELLER (Ill Bar No. 6238416)
    szeller@dykema.com
 8  DYKEMA GOSSETT PLLC
    10 South Wacker Drive, Suite 2300
 9  Chicago, IL 60606
10  Telephone:  (312) 876-1700
    Facsimile:   (312) 627-2302
11
    Attorneys for Defendant XORA, INC.
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) ) | Case No. 3:10-cv-04876 MEJ |
|---|---|---|
| Plaintiffs, | ) ) | ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT'S REQUEST FOR SUBSTITUTION OF COUNSEL** |
| v. | ) ) | |
| XORA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) ) | |

The Court, having reviewed Defendant's Request for Substitution of Counsel, hereby **ORDERS** the Request be **GRANTED**. Robert J. Yorio, Colby B. Springer and James W. Lucey, of Carr & Ferrell *LLP*, shall be designated Counsel of record on behalf of Defendant Xora, Inc.  All notices given or

{00477035v1}                                    1

1  required to be given, and all filed or served documents in the above-captioned matter, shall henceforth
2  be provided and served upon counsel at the address set forth below:

  CARR AND FERRELL *LLP*
  120 Constitution Drive
  Menlo Park, CA 94025
  Telephone:  (650) 812-3400
  Facsimile:   (650) 812-3444

  Robert J. Yorio
  yorio@carrferrell.com

  Colby B. Springer
  cspringer@carrferrell.com

  James W. Lucey
  julucey@carrferrell.com


  IT IS SO ORDERED.

Dated:  November  3  , 2010

                HONORABLE MARIA-ELANA JAMES
                United States District Court Judge