KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

ANTHONY E. DOWELL (*Admitted Pro Hac Vice*) aedowell@dowellbaker.com
GEOFFREY D. SMITH (*Admitted Pro Hac Vice*) gsmith@dowellbaker.com
DOWELL BAKER
201 Main Street, Suite 710
Lafayette, IN  47901
Telephone:  (765) 429-4004
Facsimile:  (765) 429-4114

Attorneys for Plaintiffs
ARRIVALSTAR S.A., and MELVINO TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ARRIVALSTAR, S.A., and MELVINO TECHNOLOGIES LIMITED,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>XORA, INC.,<br><br>　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  4:10-cv-04876 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1

1   Pursuant to Civil Local Rule 7-12, plaintiffs ArrivalStar, S.A. and Melvino Technologies
2   Limited (collectively "Plaintiffs") and defendant Xora, Inc. stipulate as follows and respectfully
3   request that the Court enter the following Proposed Order:
4   WHEREAS the Case Management Conference in this matter is set for February 3, 2011 at
5   2:00 p.m.;
6   WHEREAS Anthony Dowell and Geoffrey Smith of Dowell Baker, lead counsel for
7   Plaintiffs, are located in Lafayette, Indiana;
8   WHEREAS Mr. Dowell and Mr. Smith are scheduled to begin a two-week trial in another
9   matter in Indiana on February 7, 2011, a few days after the scheduled Case Management
10  Conference, and thus traveling to California for the Case Management Conference would create
11  conflicts with trial preparation in that other matter;
12  WHEREAS Mr. Dowell and Mr. Smith previously submitted a stipulated request to appear
13  telephonically;
14  WHEREAS the Court's Clerk has notified Plaintiff's counsel that the request to appear
15  telephonically was denied but suggested that the parties instead stipulate to continue the Case
16  Management Conference to another date so that lead counsel for Plaintiffs could appear and
17  participate;
18  WHEREAS Defendant Xora, Inc. has no objection to a continuation of the Case
19  Management Conference;
20  WHEREAS the parties have met and conferred regarding a mutually convenient date and
21  have determined that lead counsel for both parties are available for a Case Management Conference
22  on February 24, 2011 at 2:00 p.m.;
23  Accordingly, IT IS HEREBY STIPULATED AND AGREED THAT, subject to approval of
24  the Court, the Case Management Conference presently scheduled for February 3, 2011 shall be
25  CONTINUED to February 24, 2011 at 2:00 p.m.
26  / / /
27  / / /
28

2

1  Dated: January 21, 2011                           KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

3                                                    By: _____/S/_____
4                                                         Michael D. Lisi
                                                          Attorneys for Plaintiff ArrivalStar, S.A.

6  Dated: January 21, 2011                           CARR & FERRELL LLP

8                                                    By: _____/S/_____
9                                                         James W. Lucey
                                                          Attorneys for Defendant Xora, Inc.

I hereby attest that I have been authorized by James W. Lucey to execute on his behalf this Stipulation and [Proposed] Order Continuing Case Management Conference.

Executed on this 21st day of January, 2011 at San Francisco, California.

                                                     _____/s/  Michael D. Lisi_____
                                                          MICHAEL D. LISI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 25, 2011                              _____
                                                     Hon. Phyllis J. Hamilton
                                                     United States District Judge

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

3

106701

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO: 3:10-cv-04876 PJH