1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  555 Montgomery Street, 17th Floor
   San Francisco, CA  94111
4  Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
5
6  ANTHONY E. DOWELL (*Admitted Pro Hac Vice*) aedowell@dowellbaker.com
   GEOFFREY D. SMITH (*Admitted Pro Hac Vice*) gsmith@dowellbaker.com
7  DOWELL BAKER
   201 Main Street, Suite 710
8  Lafayette, IN  47901
   Telephone:  (765) 429-4004
9  Facsimile:  (765) 429-4114

10 Attorneys for Plaintiffs
11 ARRIVALSTAR S.A., and MELVINO TECHNOLOGIES LIMITED

12

13                    UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        (OAKLAND DIVISION)

16 ARRIVALSTAR, S.A., and MELVINO        )  Case No.:  4:10-cv-04876 PJH
   TECHNOLOGIES LIMITED,                 )
17                                       )  **STIPULATION AND [PROPOSED]**
                      Plaintiffs,        )  **ORDER GRANTING PLAINTIFFS**
18                                       )  **LEAVE TO FILE FIRST AMENDED**
19      v.                               )  **COMPLAINT**
                                         )
20 XORA, INC.,                           )
                                         )
21                    Defendant.         )
                                         )
22 ─────────────────────────────────────  )
                                         )
23 AND RELATED COUNTERCLAIMS.            )
                                         )
24

25

26

27

28                                    1

Pursuant to Civil Local Rule 7-12, plaintiffs ArrivalStar, S.A. and Melvino Technologies Limited (collectively "Plaintiffs") and defendant Xora, Inc. ("Defendant") stipulate as follows and respectfully request that the Court enter the following Proposed Order:

WHEREAS on or about July 13, 2010, Plaintiffs filed their original Complaint for patent infringement in this action;

WHEREAS Plaintiff wishes to amend the Complaint to include two additional patents, specifically United States Patent No. 6,278,936 ("the 936 Patent") and United States Patent No. 6,741,927 ("the '927 Patent");

WHEREAS during the parties' meet and confer in preparation for the Initial Case Management Conference, the parties agreed to a deadline of February 28, 2011 for any amendment to amend the pleadings in this matter;

WHEREAS Plaintiffs included both the '927 and '936 patents in their Disclosure of Asserted Claims and Infringement Contentions, which was served on Defendant on February 3, 2011;

WHEREAS Plaintiffs subsequently informed Defendant that they intended to seek leave to amend the Complaint to add the '927 and '936 patents, and asked if Defendant would stipulate to such amendment; and

WHEREAS Defendant has informed Plaintiffs that it is willing to stipulate to the filing of an amended complaint;

Accordingly, IT IS HEREBY STIPULATED AND AGREED THAT, subject to approval of the Court, Plaintiffs shall file the First Amended Complaint, a copy of which is attached as Exhibit A.

Dated:  February 28, 2011                      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


                                               By: _____/S/_____
                                                   Michael D. Lisi
                                                   Attorneys for Plaintiff ArrivalStar, S.A.

2

Dated:  February 28, 2011                     CARR & FERRELL LLP


                                  By: _____/S/_____
                                        Colby B. Springer
                                        Attorneys for Defendant Xora, Inc.


        I hereby attest that I have been authorized by Colby B. Springer to execute on his behalf this

Stipulation and [Proposed] Order Granting Plaintiff Leave to File First Amended Complaint.

        Executed on this 28tht day of February, 2011 at San Francisco, California.


                                  _____/s/  Michael D. Lisi_____

                                        MICHAEL D. LISI


                                  [PROPOSED] ORDER

        Pursuant to the parties' Stipulation, dated February 28, 2011, Plaintiff is hereby granted leave

to file the First Amended Complaint attached to the Stipulation.

        **IT IS SO ORDERED.**

Dated:  March _2_, 2011                     _____
                                            Hon. ...
                                            United ...

                                            IT IS SO ORDERED

                                            Judge Phyllis J. Hamilton

3