ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
JAMES W. LUCEY (CA Bar No. 160808)
jlucey@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, CA 94025
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Defendant and Counterclaimant XORA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) ) ) | Case No. 4:10-Cv-10-4876 PJH |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| XORA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| ————————————— | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |
| ————————————— | ) | |

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and

Counterdefendants Arrival Star S.A. and Melvin Technologies Limited, and Defendant and

Counterclaimant Xora, Inc. (collectively "the Parties"), through their undersigned counsel, hereby

jointly stipulate and agree that the above-captioned action be dismissed with prejudice, with each party

to bear its own costs and attorneys' fees pursuant to the terms of the Confidential Settlement, Release

and License Agreement entered into by the Parties.  The Parties further stipulate and agree to waive all rights of appeal and notice.

IT IS SO STIPULATED.

Dated:  April 26, 2011                          CARR & FERRELL *LLP*


By  /s/ Robert J. Yorio
          ROBERT J. YORIO
          COLBY B. SPRINGER
          JAMES W.LUCEY

Attorneys for Defendant and Counterclaimant
XORA, INC.


IT IS SO STIPULATED.

Dated:  April 26, 2011                          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By /s/ Kenneth E. Keller
          KENNETH E. KELLER
          MICHAEL D. LISI

Attorneys for Plaintiffs and Counterdefendants
ARRIVALSTAR S.A., and MELVINO
TECHNOLOGIES LIMITED


IT IS SO STIPULATED.

Dated:  April 26, 2011                          DOWELL BAKER


By  /s/ Anthony E. Dowell
          ANTHONY E. DOWELL
          GEOFFREY D. SMITH

Attorneys for Plaintiffs and Counterdefendants
ARRIVALSTAR S.A., and MELVINO
TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

4/28/11